**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Hotskills, Inc., a Minnesota corporation,

    Plaintiff,        Civil 06-2108 (RHK/AJB)

vs.               **ORDER**

Premier Bankcard, Inc., a South Dakota
corporation,

    Defendant.

---

  Having obtained a September 26, 2006 hearing date for its Motion to Dismiss and thereafter failing to serve and file a Notice of Motion and supporting memorandum, said hearing date is **CANCELED**.

Dated:  August 30, 2006

               s/Richard H. Kyle
               RICHARD H. KYLE
               United States District Judge