# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Hotskills, Inc., a Minnesota corporation, | **Civil No. 06-2108 (RHK/AJB)** |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| PREMIER Bankcard, Inc., a South Dakota corporation, | |
| Defendant. | |

Based on the Stipulation of Dismissal Without Prejudice (Doc. No. 10) executed by the parties, **IT IS HEREBY ORDERED** that the above-entitled matter is **DISMISSSED WITHOUT PREJUDICE** on the merits.  Each party is to bear its own costs.

Dated:  October 17, 2006

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge